United States District Court
Southern District of Indiana
Indianapolis Division

FILED
06/16/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

John Ashcraft
   Plaintiff;
        v.                    Case No: 2:23-cv-298-JPH-MG

The Geo Group
Warden Seiver                         New castle Corr. Facillity
Deputy Assistant Warden Ms. French    1000 Van Nuys Rd.
Captain Lunsford                      New castle, IN
Sgt. Gilbert

This is a complaint Against The Geo Group, Warden Seiver, Deputy Assistant Warden Ms. French, Captain Lunsford, Sgt. Gilbert. In their offical And Personal capacity. violation of the 5th, 8th, 9th, And 14th Admendments. On August 13, 2021 Plaintiff Ashcraft Arrived At Newcastle Corr. facillity, from Wabash Valley And was housed in the Annex bldg. OPed 116 Also Enrolled into The stand Program. On or About September 1, 2021 Plaintiff was Aproached by A member of the Gangster diciple gang And demanded Protection money be paid in food Items from the store, or Plaintiff would be killed And his family on the street be harmed. As the threats were deliverd Plaintiff was shown A big Prison made knife of steel. As Plaintiff was Intimidated And that the Annex is kept At A 95% Population of Gangster Diciples Plaintiff thought complying might be A healthy choice. When food items was orded it was always one of two whom would verbally name the items to be orderd And would Produce A different steel knife every time. Them Gang bangers would be Relentless As the Plaintiff is not A member of Any Gang. Plaintiff took these threats As being very real And would be followed thru with. This Extortion continued until Plaintiff left houseing on November 26, 2021 And was Placed in the Restrictive houseing unit. On the Evening of November 30th, 2021 A Request for Protection was given to staff in A sealed Envelope with the Unit team Mgrs. Name on it.

1 of 10

Assistant Warden French is Responceable for over seeing This Kind of Request. On Dec. 1st & 5, 2021 Plaintiff was given Bed moves to 0-4 Pod. Both bed moves were Refused, due to the constant comunication within The Gangbangers Between 0-1, 0-2, 0-3 an 0-4 Pods. In all The Pods A 97% Estimation Are in this same gang. They Rule The Annex An Run over Any one Without Recourse! As conduct Reports were given To The Plaintiff for The Bed moves, A grievance was filed on Dec. 6th 2021 in conceren of the situation. This grievance went un Acknowldged By staff. On Dec. 9th 2021 French walk thru 0-3 Pod. Plaintiff Ask About The Request And why The Bed moves, French said it was her Policey To Review These Requests while in Population. considering The situation And The Number of the gang in the Annex. French is most Assuredly Putting Lives At Risk. French Being Assistant Warden who is hands on of The Annex must Know who is in her Annex. Finally on Dec. 16, 2021 French met with Plaintiff outside the 0-3 Pod. An unknown lady was with French, identified As The New stand Programer. After saying who the lady was French goes on to say, she! is denying Protection Purely on The Basis of Past Conduct. (over The span of 16 years) The 2nd thing French says, Asks whats going on And why The Need for The Request. Plaintiff explains The threats And Extortion · By the gang bangers. At this Point she restates that she! is denying The Request. It was obvious To the Plaintiff there isnt going to be Any Administrative help. So The Plaintiff Asks French If she had Any suggestions for dealing with the situation? She comments ("You are in for Killing Lowell Hoy Arent you")! Plaintiff states, ("why do I have to keep being That TyPe of Person?") French then orders Plaintiff taken back to his cell. Also on 12-6-2021 Plaintiff files Another grievance, No Acknowldgement of Any Kind was forth coming. On Dec. 17, 2021 At 7:00 AM A gangbanger working The hallway was hollering into Pod 3 To Any one that was listening And telling A Promenat gang banger (whom A month Prior Attempted to Kill A guy By stabbing him in 04 Pod) verbatamly Repeating The meeting with French, The day before. No Body But Assistant Warden French was Responsable for the gang bangers so quickly Knowing The Paticulars of A Confidental conversation, Thus insureing

A violent Retaliation By This gang At some Point, Now or later on. It's obvious French wants Plaintiff to violently Be Retaliated Against! The Generic reasoning French denied Protection (for Past conduct) has Nothing To do with The Policey And Practice By the Department of corrections in determing The Need for Protection (Policey AP 02-01-107). On June 13th & 29th 2022 Bed moves were given for the same Pod 0-4. On Feb. 1, 2022 Plaintiff talked with the RHU sgt. - Gilbert, He told Plaintiff he was ordered By French to write As many Conduct Reports As he could on the Plaintiff. And bed moves were to be given three times A week And Pod 0-4 would be the only one offered, where there has been five brutal stabbings in No less than 5 months. Plaintiff is not versed in gangbanger Politics, common knowledge is if one can't get you Another one will. On Feb. 2, 11, 16, 22 And 23rd of 2022 Plaintiff was given Bed moves to Pod 0-4. As it looks the insured Retaliation would take Place - Pod 0-4 would be the only Pod given. Conduct Reports were given for every Refused bed move. On Feb. 28, 2022 was given A grievous Major Conduct Report For Refuseing 5 Bed moves to Pod 0-4. On march 2 & 4. 2022 Bed moves were Also given, As they were Refused, Conduct Reports were issued. A total of 7 minor C/R And one major C/R were given By and on Feb. 28, 2022. Not included Are the Bed moves, some C/O's Refused to write A C/R. They knew the situation, But were Powerless To help in Any other way. French is A Tyranees An Rules Newcastle corr. in totality with A Iron Fist. On Feb. 22, 2022, Plaintiff was given An inner instatutional Transfer By The warden himself. Practice By case workers At The Annex - After A Transfer Report by The warden was ok'd, All bed moves And C/R For such Are To stop. Apparently This Practice didn't include The Plaintiff up And until A major C/R was given, with grievous loss of good time credit Already earnd And A drop in time class - (The Rate At which good time is earnd.) And Absolutely changes Plaintiff's outdate, Therefor denying Plaintiff of Future liberty. Just Another Act of Retaliation Arbiturally done under The guise of legitamcy. According to sgt. Gilbert French is The Boss And we all do what she says Todé!!

-3- of 10

"The Boss" Ms. French is conected To The family of Lowell Hoy The victim of Plaintiffs case he is in Prison for. French comes from The same Place as victims family An where Plaintiff was conwicted of killing Lowell Hoy. French Aparently doesn't have No problem useing her Job position As A meens to Retaliate. Just has other Past employees of Newcastle corr. Facillity did, at other times plaintiff was housed in New castle. The use of Plaintiffs case And victims Name at The Dec. 16th meeting while giving A Backhanded comment, That has Nothing To do with The subject. The willful wanton Telling of the contents of the meeting To This stg group That has high Potential for deadly consequences, Frenchs denieng Protection for Generic Reasoning, her Actions And orders That caused A chain of conduct reports That has Absolutely Taken future Liberty from The Plaintiff. French failed to do her due duty with An Automatic denial for Protection, Before any type of questioning or investigation. This gives Plaintiff No other choice But to Refuseing Bed moves To A Pod full of this stg group, to Protect his life An be Punished for it. Especially after french went straight to this stg group And told the contents of the meeting on Dec. 16th French Knew Exactly what she was doing. she intenifies the Peril of Plaintiffs life an limb. Now and in The future. stg members Are not going to say yes they were Extorting The Plaintiff. French is useing The Enviorment of her Prison To Exact her some Retaliation over The killing of Lowell Hoy, under The color of law, Just As captain Lunsford has done And Sgt. Gilbert. on April 22, 2022 Plaintiff was found in serious need of medical help, Because of A very painful dislocated knee An fall on A damaged hip insighting A Pinched nerve in plaintiffs Back. Gilbert Refused To call medical help for Plaintiff. Plaintiff did find out how painful And how to put —

A dislocated knee Back into Joint. This would not be the first time Gilbert has Refused medical Help for Plaintiff. Plaintiff has A Documented history of falling An being Injured. On May 2, 2022 Plaintiff wrote A medical Request To see The Dr. And of Gilberts Refuseing medical help. No Acknowledgement of Request. On May 5, 2022 Captain Lunsford Enters The Rhu And makes his way to An Active stg member housed there. Plaintiff watched this happen. Lunsford says Tohim, The Plaintiff is Telling on Everything An Everone An won't shut up. Which is Absolutely Not! After The Captain left, He started yelling At all other stg. members in Rhu, Repeating what Lunsford said Tohim. Lunsford has started An untrue Narativ intentionally To Insight STG violence Against The Plaintiff. Like Enough wasnt going Around Already. Everything Ms. French, Captain Lunsford And Sgt. Gilbert has done Is strictly Retalitory for their Personal Ill Feelings Against The Plaintiff. All 3 Are from The Richmond, In Area same place As Plaintiff. Retalitory Affects has been meted out to the Plaintiff 3 out of 3 times At New Castle Corr. By family An friends of the victim, of Plaintiffs case. 2013 by Amanda Heatard, 2016 Last name Alfrey (See Ashcraft v. Alfrey) An Now 2021\2022 By defendents within this claim. Everything is done Arbiturally under The Guise of Ligitamecy or As close to it they can get under The Color of Law. This is The modis operenda of staff At New castle, Atleast in The Annex Bldg. Plaintiff Beleives Gilbert may have some Extra Motive for his misdoings. Gilbert is highly Expected To Be Earl Gary Gilbert "Partly" todo to his Refusal To Properly I.D. himself (As Plaintiff is Governed By I.D. og Regs, He has A Right to know A First Initial of First Name!) An Also Personal Past Experience, ("If what Plaintiff Expects is so") Gilberts sister would have Been feoncay of Lowell Hoy victim of Plaintiffs case, said sister will Be Plaintiffs Childrens Mother, (Terri Lee Gilbert) Her much younger Brother = sgt. Gilbert. Which to say would give Gilbert some Extra skin In The Retaliative mesures. Plaintiff Is (very much Hated by The Gilbert Family). Plaintiff was sent to Prison As Punishment for The Killing of Lowell Hoy, Not to be Punished And or Killd By\For Family And friends of Lowell Hoy!

As The stg. situation began in Sept. 2021, Plaintiff Became Deeply Depressed. As The situation progressed so did The Plaintiffs Depression. This is what finally made Plaintiff Request Protection. Anxiety and Depression layed hevally on The Plaintiff. French made lite in Totallity of The Situation And used it as A meens to Retaliate. Has french progressed into her Retaliation, so had Plaintiffs Anxiety And Depression, Turning into Emotional Disstress And The Anguish of it turning into The Physical manifestation of self harm, Especially After french Run to The stg members Telling of The contents of The meeting with Plaintiff on Dec. 16th an then by 7. Am the Next morning, It was being Repeated All over the Annex. Just As French, Lunsford And Gilbert will will use This complaint, To Press The Population of stg. members And others Not Associated To stg. into Trying to or Actually being able to cause Plaintiff harm, Now And\or in the Future. So far This has been Their modis oprenda. Their Agenda is to do harm To Plaintiff With Extra effort Torward creating A situation That would kill or keep Plaintiff in Prison indefiantly. The Immenent Danger French, Lunsford An Gilbert has caused Already with Their Efforts will Not only be At The Annex but Any Place within The I.D.O.C. Anxiety, Depression And Emotional Disstress is disrupting every Aspect of Daily functioning of The Plaintiff. For Several months Now Plaintiff has Requested mental health counsling. All Request's have gone un Acknowidged. Once A week maybe M/H staff will come To The RHU cell fronts And Ask People "(Are you genna kill yourself today)". Quite A few times Plaintiff has contemplated Just such, only to Be Rid of The Emotional Tramua, Is haveing to go through. This is Especially True After The takeing\ Depriving Plaintiff of his Future Liberty Taken Good time credit Already Earnd, The Rate Good time can be earnd to.

-6- of 10

Plaintiff did appeal the major conduct Report and the grevious sanctions at Facility level, was denied the paper work to appeal At Central office. Just as everything else had went un acknoledged. Assistant Warden Ms. French Fails\Refuses To due her due duty - To\For Plaintiff, Because of her Personal ill feelings. Captain Lunsford has Fell into lockstep Position with French. As For Sgt. Gilbert As of Recent Plaintiff has Found out Sgt. Gilbert had Paid The G.D. in Drugs To Kill The Plaintiff due to his Personal Ill Feelings along with whatever else he has going on! Sgt. Gilbert has seriously Put The Plaintiff's life in Jepardy. Just has French and Lunsford has done with Their Retalitory Efforts In more ways Than one. It is not Just A coinencedent That The Plaintiff has been has At N.C.F. Three Times since 2013 And all Three Times Staff has Exacted Their own Forms of Retaliation. If Not for French, Lunsford And Gilbert Refuseing To due Their due duty To\For The Plaintiff The Plaintiff would have been able To Complete The Program he had been Sent There To do and Able to Receive The elgiable Time cut avalible For The Program. And life And limb would have been safe from The serious peril That French, Lunsford and especially Sgt. Gilbert has brought To The Plaintiff's life with Their Personal Ill Feelings And Retalitory Effects. And As such Gilbert had Reminded The Plaintiff on occassion "BH Your coming Back To New Castle". The Plaintiff Being sent back To New castle Prison For Any Reason would be strictly Against The Guidelines of The mission statement set By The Indiana department of correction.

*End Statement of Facts*

7 of 10

1. Geo Group is A Contracted Buisness of Corrections A Contract That Guarntees Equal Protection of The Law for All housed At The Newcastle Facillity. Geo Group fails This As They Allow Staff to Act without Impunity, Turning A Blind Eye To what staff does Any And All complaints fall on Deaf Ears. Putting Profit Above And Beyond Anyones Rights house In The New Castle facillity. Geo Group fails To maintain staff That does Guarntee Equal Protection of The Law. In This Geo Group Violates The 14th Admendment.

2. Warden Sevier must know what his Administrative staff Does And fails in Being The Headman Incharge of Newcastle Prison As he Knows of The Civil Rights violations his Administrative commits, sevier Allows staff to Comitt civil Right violations in This he violates The 5th, 8th And 14th Admendments.

3. Assistant Deputy warden Ms. Frenchs' Failure\Refusal To Carry out her due duty To\for The Plaintiff. Instead she Retaliates for Personal Ill Feelings Torwards Plaintiff. Frenchs' Arbiturary orders And Actions Are done with The Intent of denying Plaintiff of Already Earnd future Liberty. she fails To Protect, And maintain A fairly safe Enviorment. French Agervates An Already volitale situation, As she Also Insights Gang Violence Against The Plaintiff. A violence Not only At This Time, But At Any Possiable Time In The future. Within Deputy Assistant Warden Ms. frenchs Actions & orders she violates The 5th, The 8th And 14th Admendments.

4. Captain Lunsford uses his Postion As A high Ranking Corrections staff To start false Naratives with Active stg members, About The Plaintiff with The Intentions of depriving Plaintiff The Right To Life And limb, Not only At This Time But Any Possible Time In The future Also. As A Retaliation for his Personal Feelings Torwards Plaintiff in this Lunsford Violates The 5th, 8th And 14th Admendments.

5. Sgt. Gilbert uses his postion As A Ranking corrections staff To destroy The Plaintiffs health his mental health And If absolute intent To Take The Plaintiffs life With Absolute death and destruction In Ratalitation For his Personal Ill Feelings Against The Plaintiff Causeing An unresonable Amount of Pain And Suffering. Sgt Gilbert Fails And Refuses To do his due duty To And For The Plaintiff As a meens Just to Punish The Plaintiff. In This Gilbert At least violates The 5th, 8th, And 14th Admendments

6. Assistant warden French, Captain Lunsford And Sgt Gilbert Their Actions Are done under The color of law With The intent of Causeing Plaintiff harm, loss of life if Possiable, The loss of Already earned Future liberty. Done in The Name of Retalition For Personal Ill Feelings against The Plaintiff. In This French, Lunsford and Gilbert Causes The Plaintiff To maintane High Anxiety, Major Depression And Extreme Emotional Distress Not only Now, with The Threat of Stg. Violence being Comitted against The Plaintiff. Because of Their Actions not only in The now But Also going Far into The Future

End Cause of Action

Plaintiff John Ashcraft Demands A Jury Trial: Demands: $10,000,000.00 Ten million Dollars - For Their Arbiturary Retaliation, Failure To do due duty, Insighting Intentioal gang violence, denying Future liberty, denying medical needs causeing Pain An Suffering. And - Plaintiff Demands: As much As The law Allows For causeing Intentional Emotional disstress, Reocurring Majordepression And maintaning High Anxiety.

   I John Ashcraft Certifye This Complaint of Ten out of Ten Pages, To Be Trye and Correct To The Best of My Knowledge.

Dated: This day of, June 9th 2023 -

John ashcraft
John Ashcraft #956489
Wabash Valley Corr.
P.O. Box 1111
Carlisle, In
- 47838 -